IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| DR. DAVID L. BROUILLETTE, D.C., S.C., on behalf of plaintiff and the class defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:16-cv-166-DEJ |
| vs. | ) ) ) | |
| THREE RIVERS PROVIDER NETWORK, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, Plaintiff Dr. David L. Brouillette, D.C., S.C. ("Plaintiff") and Defendant Three Rivers Provider Network, Inc. by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

 s/ Heather Kolbus 
Daniel A. Edelman
Heather Kolbus
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
*Attorneys for Plaintiff*
*Dr. David L. Brouillette, D.C., S.C.*

 s/ Julia M. Damron (w/ consent) 
James J. Gende II
GENDE LAW OFFICE SC
N28W23000 Roundy Drive, Suite 200
Pewaukee, WI 53702
(262) 970-8500

Julia M. Damron
BARNES LAW
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017

1

(310) 510-6211
*Attorneys for Defendant*
*Three Rivers Provider Network, Inc.*

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on September 7, 2016, I caused the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent upon the following:

James J. Gende (jgende@jamesgendelaw.com)
GENDE LAW OFFICE SC
N28W23000 Roundy Drive, Suite 200
Pewaukee, WI53702

Julia M. Damron (juliadamron@barneslawllp.com)
BARNES LAW
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017

s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)